UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| METROPCS NEW YORK, LLC, a Delaware corporation, | Case No. 17-cv-01554 |
| Plaintiff, | **CORPORATE DICLOSURE STATEMENT OF METROPCS NEW YORK, LLC** |
| v. | |
| 35-46 BROADWAY, INC., a New York corporation; and ABDALLAH NOFAL, DAWOD NOFAL and SAED NOFAL, individuals, | |
| Defendants. | |

MetroPCS New York, LLC, a Delaware limited liability company, is a wholly-owned subsidiary of T-Mobile Northeast LLC, a Delaware limited liability company. T-Mobile Northeast LLC is a wholly-owned subsidiary of T-Mobile USA, Inc., a Delaware corporation. T-Mobile USA, Inc., a Delaware corporation, is a wholly-owned subsidiary of T-Mobile US, Inc., a Delaware corporation. T-Mobile US, Inc. (NASDAQ: TMUS) is a publicly-traded company listed on the NASDAQ Global Select Market of NASDAQ Stock Market LLC ("NASDAQ"). Deutsche Telekom Holding B.V., a limited liability company (*besloten vennootschap met beperkte aansprakelijkheidraies*) organized and existing under the laws of the Netherlands ("DT B.V."), owns more than 10% of the shares of T-Mobile US, Inc. DT B.V. is a direct wholly-owned subsidiary of T-Mobile Global Holding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Holding"). Holding, is in turn a direct wholly-owned subsidiary of T-Mobile Global

KIPLING LAW GROUP PLLC
4464 FREMONT AVE N, SUITE 300
SEATTLE, WASHINGTON 98103
telephone (206) 545-0345
fax (206) 545-0350

Zwischenholding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Global"). Global is a direct wholly-owned subsidiary of Deutsche Telekom AG, an Aktiengesellschaft organized and existing under the laws of the Federal Republic of Germany ("Deutsche Telekom").  The principal trading market for Deutsche Telekom's ordinary shares is the trading platform "Xetra" of Deutsche Börse AG. Deutsche Telekom's ordinary shares also trade on the Frankfurt, Berlin, Düsseldorf, Hamburg, Hannover, München and Stuttgart stock exchanges in Germany. Deutsche Telekom's American Depositary Shares ("ADSs"), each representing one ordinary share, trade on the OTC market's highest tier, OTCQX International Premier (ticker symbol: "DTEGY").

DATED this 20th day of October, 2017.

s/ Michael E. Kipling
Michael E. Kipling, WSBA #7677
kipling@kiplinglawgroup.com
**KIPLING LAW GROUP PLLC**
4464 Fremont Avenue N., Suite 300
Seattle, WA 98103
(206) 545-0345
(206) 545-0350 (fax)

***Counsel for Plaintiff MetroPCS New York, LLC***

CORPORATE DICLOSURE STATEMENT OF METROPCS
NEW YORK, LLC - 2
(17-cv-01554)

KIPLING LAW GROUP PLLC
4464 FREMONT AVE N,  SUITE 300
SEATTLE, WASHINGTON  98103
telephone (206) 545-0345
fax (206) 545-0350